
FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

APR 16 2025

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JM
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:25-cr-00094 |
| v. | ) | |
| | ) | 18 U.S.C. § 922(g)(5) |
| EDUARDO DANIEL MELENDEZ-PINEDA | ) | 18 U.S.C. § 924 |

# INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES:

On or about October 18, 2024, in the Middle District of Tennessee, the defendant, **EDUARDO DANIEL MELENDEZ-PINEDA**, knowing he was an alien illegally and unlawfully in the United States, knowingly possessed, in and affecting commerce, a Smith & Wesson, Model SW9VE, Caliber: 9x19, pistol, said firearm having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(5) and 924.

1

A TRUE BILL



FOREPERSON

ROBERT E. McGUIRE
ACTING UNITED STATES ATTORNEY

DAVID L. JAFFE
CHIEF
VIOLENT CRIME AND RACKETEERING SECTION
U.S. DEPARTMENT OF JUSTICE

*Rachel M Stephens*
RACHEL M. STEPHENS
ASSISTANT UNITED STATES ATTORNEY

CHRISTOPHER MATTHEWS
TRIAL ATTORNEY
VIOLENT CRIME AND RACKETEERING SECTION
U.S. DEPARTMENT OF JUSTICE