UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA

v.   Criminal Case No. 3:25-cr-00094

EDUARDO DANIEL MELENDEZ-PINEDA

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

1. EDUARDO DANIEL MELENDEZ-PINEDA, DOB: xx-xx-2005, OCA Number 628745, is, in due form and process of law, confined in the custody of the Davidson County Sheriff's Office located at 5113 Harding Place, Nashville, Tennessee.

2. Said individual is needed for an initial appearance and related proceedings pursuant to an Indictment in Case Number 3:25-cr-00094, and is needed as soon as practical to appear before this Court. A Writ of Habeas Corpus Ad Prosequendum should issue for that purpose.

DATED: April 17, 2025

*s/Rachel M. Stephens*
Rachel M. Stephens
Assistant United States Attorney
Petitioner

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   United States Marshal, Middle District of Tennessee
      Davidson County Sheriff's Office, 5113 Harding Place, Nashville, Tennessee

The Petition is GRANTED.

YOU ARE HEREBY COMMANDED to bring or cause to be brought EDUARDO DANIEL MELENDEZ-PINEDA, DOB: xx-xx-2005, OCA Number 628745, who is, in due form and process of law, confined in the custody of the Davidson County Sheriff's Office located at 5113 Harding Place, Nashville, Tennessee. The inmate shall be transferred to the custody of the United States Marshal and produced before this Court as soon as is practical, to attend proceedings in this matter; and shall be retained in federal custody pending resolution of this matter.

WITNESS, the Honorable Jeffery S. Frensley, United States Magistrate Court Judge for the Middle District of Tennessee.

DATED: _____

UNITED STATES DISTRICT COURT

By: _____
Jeffery S. Frensley
U.S. Magistrate Judge