# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br><br>EDUARDO DANIEL MELENDEZ-PINEDA<br>*Defendant* | )<br>)  Case No. 3:25-cr-00094 Judge Campbell, Jr.<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* EDUARDO DANIEL MELENDEZ-PINEDA,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Alien in Possession of a Firearm in violation of 18 U.S.C. Sections 922(g)(5) and 924.

Date: 04/16/2025

*Issuing officer's signature* — Jeremy Medley

City and state: NASHVILLE, TN

Jeremy Medley, Criminal Case Administrator
*Printed name and title*

**Received** 2025 APR 17 AM 11:45 U.S. MARSHALS SERVICE MIDDLE TENNESSEE

---

### Return

This warrant was received on *(date)* 4-17-25, and the person was arrested on *(date)* 5-1-25
at *(city and state)* Nashville, TN.

Date: 5-1-25

*Arresting officer's signature*

DJ Ous-M
*Printed name and title*